COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 4-27-23

FILED
U.S. District Court
District of Kansas
APR 27 2023
Clerk, U.S. District Court
By _____ Deputy Clerk

United States of America,
Plaintiff,
v.
Adriana Gonzalez-Saldivar
Defendant.

Case No. 23-M-6097-01-KGG
Age: 29

JUDGE: ☐ Birzer  ☑ Gale
DEPUTY CLERK: ☐ Anderson  ☑ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez
☐ Ping ☐ Rivera ☐ Vilaythong
☐ Sworn

AUSA: Lanny Welch
DEFENSE COUNSEL: Jennifer Amyx
TAPE NO.: 2:03 - 2:10

## PROCEEDINGS

☐ Initial Appearance
☑ Initial Rule 5(c)(3)  7 min
☐ Sentencing
☐ In-Court Hearing: _____
☐ Arraignment    ☐ Reading waived

☐ Detention Hearing
☐ Preliminary Hearing
☐ Change of Plea

☐ Read to Defendant

☐ Bond Rev. Hrg
☐ Pretrial Conference

☐ Not Guilty Plea Entered

☐ Complaint  ☑ Indictment  ☐ Information  ☐ Pet. Revoke Supervision  ☑ No. Counts: 2  ☐ Forfeiture
☑ Felony       ☐ Misdemeanor   ☐ Pet. Revoke Bond
☑ Charges/Viols. and penalties explained to Defendant
☑ Constitutional rights explained
☑ Defendant affirmation/sworn    ☑ Examined re: financial status    ☑ Counsel appointed
☑ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☐ Advised of rights under Rule   ☐ 20   ☐ 5(c)(3)   ☑ Transfer to: So. Dist. of Texas @ McAllen
☐ Signed Wvr Ind   ☐ Signed Consent to MJ   ☐ Petition to Plea filed   ☐ Plea Agmt filed   ☐ PSI ordered

☐ Release ordered           ☐ Bond fixed at: $ _____      ☐ Continued on present bond/conditions
☑ Oral Mot. for ~~temp~~ det.; granted   ☑ Detention ordered          ☑ Remanded to custody

☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Oral Motion by Government for detention is   ☐ granted.   ☐ denied.   ☐ withdrawn.   ☐ taken under advisement.
☐ Oral Motion by Defendant to continue detention and preliminary hearing is   ☐ granted.   ☐ denied.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☑ Defendant waived the right to an identity hearing. The Court accepted the waiver and found Defendant to be the person named. Defendant waived the right to a detention hearing in the District of Kansas. The Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

Defendant's next appearance:   ☑ as directed before Judge _in charging district._
☐ per the Scheduling Order of Judge _____
☐ on _____ at _____ ☐ a.m. ☐ p.m. before Judge _____
In Courtroom _____ or Via ZoomGov
for ☐ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: _____